

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 09-cr-00303 |
| VERSUS | JUDGE WALTER |
| ANTHONY WAYNE LEE | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's **Motion to Suppress (Doc. 25)** is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 22 day of April, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE